**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CHARLES A. ROLAND**                                                        **PLAINTIFF**

**v.**                                  **NO. 3:05-CV-00022 GTE**

**JOHN DOES, 1 thru 4, OFFICERS
WITH THE WEST MEMPHIS
POLICE DEPARTMENT**                                    **DEFENDANTS**

## ORDER OF DISMISSAL

Plaintiff has failed to respond to the Court's directive to provide additional information regarding his claim. (See Orders dated 4-18-2005 and 7-27-2005). Additionally, Plaintiff has failed to either pay the statutorily required $150 filing fee or, alternatively, to submit a completed application to proceed *in forma pauperis*, despite being directed to do so not later than August 29, 2005 in the Court's July 27th Order.

Accordingly,

IT IS HEREBY ORDERED THAT the Plaintiff's Complaint in this matter be, and it is hereby, DISMISSED. All other pending motions (Docket No. 2) are hereby DENIED as MOOT.

IT IS SO ORDERED this   21st   day of September, 2005.

                                                      /s/Garnett Thomas Eisele_____
                                                      UNITED STATES DISTRICT COURT